UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20668-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EMANUEL GEORGE DASKOS,

    Defendant,
_____/

### ORDER ON DEFENDANT'S MOTION TO APPORTION AND CLARIFY RESTITUTION OBLIGATIONS AND TO QUASH WRITS OF GARNISHMENT

THIS CAUSE came before the Court upon Defendant's Motion to Apportion and Clarify Restitution Obligations and to Quash Writs of Garnishment (D.E. 564). After reviewing Defendant's motion and the Government's response (D.E. 567), it is

**ORDERED AND ADJUDGED** that the Defendant's Motion to Quash Writs of Garnishment (**D.E. 564**) is **DENIED**. The Clerk of the Court shall disburse all payments by Defendant, Emanuel George Daskos to Parkell. Defendant Byramji Moneck Javat's obligation to Parkell is joint and several to Defendant Daskos. It is further

**ORDERED** that the proceedings with regard to Ameriprise Financial Services, Inc. are stayed for fourteen (14) days to allow negotiations to continue.

**DONE AND ORDERED** in chambers at West Palm Beach, Florida this 14th day of April, 2020.

Donald M. Middlebrooks
United States District Judge

cc: All Counsel of record