UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20668-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

EMANUEL GEORGE DASKOS,

    Defendant,

    and

AMERIPRISE FINANCIAL SERVICES, LLC

    Garnishees.

## STIPULATION REGARDING RESTITUTION

The United States of America, Emanuel Daskos, and the Corporate Guarantors (as defined below) hereby stipulate and agree to settle and compromise the United States of America's Writ of Garnishment served upon Ameriprise Financial Services, LLC, and generally to resolve disputes regarding payment of restitution by Mr. Daskos, upon the following terms and conditions:

    1. Mr. Daskos agrees to pay a minimum of $5,000.00 a month to be applied to his restitution obligation, the first payment being due June 1, 2020. All payments shall be made directly to the Clerk of Court. In the event of a default of either the payment of any installment or any other provision of this agreement, the United States may seek to liquidate the accounts held by Ameriprise Financial Services, LLC.

    2. The writ of garnishment directed to Ameriprise Financial Services, LLC shall remain in full force and effect until Mr. Daskos' restitution judgment has been paid in full. Upon the satisfaction of Mr.

Exhibit A

Daskos' restitution judgment, the government will move to dissolve the writ of garnishment directed to Ameriprise Financial Services, LLC and will file a satisfaction of the restitution judgment and a release of all liens.

3. Mr. Daskos agrees to the entry of a charging order with regard to his interest in One World Distributors, LLC (herein "OWD, LLC"), a copy of which is attached hereto and labeled **Exhibit A**.

4. Mr. Daskos shall produce a sworn statement reporting all amounts distributable or payable to Defendant from OWD, LLC, including a statement of both the capitol and income accounts attributable to Mr. Daskos on an annual basis. The first such statement shall be submitted to the Plaintiff June 1, 2020.

5. The following corporations, collectively referred to as "Corporate Guarantors", shall guarantee payment of the restitution balance owed in this cause:

   a. Regal Distributing, Inc.

   b. Tri-City Vending Supply, Inc.

   c. Wheeler Trading, Inc.

The Corporate Guarantors further grant Plaintiff the United States a security interest in all assets of the Corporate Guarantors, including without limitation all accounts, accounts receivable, equipment, inventory, general intangibles, products, and proceeds. Plaintiff acknowledges that its lien with respect to Regal Distributing, Inc. and Wheeler Trading, Inc. is subordinate to the existing lien and security interest of Truist Bank. Plaintiff is expressly authorized to file a UCC-1 to perfect its interest in the corporate assets. Plaintiff agrees to release its security upon satisfaction of the restitution owed by Mr. Daskos.

6. Mr. Daskos shall produce to Plaintiff individual and corporate income tax returns for all entities identified in this Stipulation within 7 days of filing the same.

7. This Stipulation shall not otherwise be deemed in any way to constitute a release or satisfaction of the Judgment in a Criminal Case entered in this cause imposed against Defendant, or any lien imposed by the same.

8. This Stipulation shall not serve as a precedent for resolving any other claim, complaint, grievance, or lawsuit filed by the United States or any other person or entity.

9. The persons signing this Stipulation warrant and represent that they possess full authority to bind the persons or entities on whose behalf they are signing to the terms of the Stipulation.

10. This Stipulation constitutes the complete understanding of the parties and may not be modified, altered, or changed except upon express written consent of both parties. After the benefit of advice and consultation with counsel, Mr. Daskos acknowledges that he understands all of the provisions of this Stipulation, that he knowingly and voluntarily signs this Stipulation, and that he has not relied on any representations, promises, or agreements of any kind made to him in connection with the decision to accept this Stipulation, except for those expressly set forth herein.

11. The parties agree that this Stipulation, including all terms and conditions thereof, and any additional agreements relating thereto, may be made public in their entirety.

Date: 4/28/20

_____
Emanuel Daskos, Individually

**Regal Distributing, Inc.**

Date: 4/28/20

_____
Emanuel Daskos, as President

**Tri-City Vending Supply, Inc.**

Date: 4/28/20

_____
Emanuel Daskos, as Director

**Wheeler Trading, Inc.**

Date: 4/28/20

_____
Emanuel Daskos, as Director

                                                                                              **Scheoppl Law, P.A.**

Date:__April 28, 2020_____                   s/ Carl F. Schoeppl
                                                                           Carl F. Schoeppl, Esq.
                                                                           4651 North Federal Highway
                                                                           Boca Raton, FL 33431-5133
                                                                           Telephone:  (561) 394-8301
                                                                           E-Mail: Carl@schoeppllaw.com

                                                                           **Ariana Fajardo Orshan**
                                                                           **United States Attorney**

Date:__April 28, 2020_____                   _____
                                                                           Brett R. Geiger
                                                                           Assistant U.S. Attorney
                                                                           99 N.E. 4th Street
                                                                           Miami, FL 33132-2111
                                                                           Telephone: (305) 961-9088
                                                                           Email: Brett.Geiger@usdoj.gov