UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20668-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

EMANUEL GEORGE DASKOS,

    Defendant,

    and

AMERIPRISE FINANCIAL SERVICES, LLC

    Garnishees.

_____/

## ORDER ON GOVERNMENT'S AGREED MOTION FOR APPROVAL OF STIPULATION AND ENTRY OF CHARGING ORDER

THIS CAUSE having come before the Court upon the parties' Agreed Motion and Stipulation Regarding Restitution and for the Entry of a Charging Order (D.E. 574), that Motion being **GRANTED**, it is **ORDERED AND ADJUDGED** that:

1.) Defendant shall comply with all terms of the Stipulation Regarding Restitution, signed by the parties April 28, 2020 and shall pay a minimum of $5,000.00 monthly starting June 1, 2020.

2.) The Writ of Garnishment served upon Ameriprise Financial Services, LLC is continued generally pursuant to the terms of the Stipulation and agreement of the parties.

3.) A charging order shall enter as agreed and stipulated by the parties.

DONE AND ORDERED in chambers at Miami, Florida this 29th day of April, 2020.

                                                      Donald M. Middlebrooks
                                                      United States District Judge

cc:  All Counsel of record